**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197

*Attorney for Plaintiff,*
John E. Williams

**MATTHEW R. OSBORNE, PC**
Matthew R. Osborne, Esq.
(*admitted pro hac vice*)
matt@mrosbornelawpc.com
11178 Huron Street, Suite 7
Northglenn, CO 80234
Telephone: (303) 759-7018
Facsimile: (720) 210-9870

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN E. WILLIAMS,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**COLLECTION BUREAU OF AMERICA, LTD.**<br><br>　　　　　Defendant(s). | **Case No.:** 20-cv-08095-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**DATE:** December 15, 2021<br>**TIME:** 1:00 p.m.<br><br>**HON. VINCE CHHABRIA** |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the *Standing Order for All Judges of the Northern District of California* and Civil Local Rule 16-9.

On February 16, 2021, the Parties filed their Report of Rule 26(f) Planning Meeting. [ECF No. 19]. This Court issued its Scheduling Order on February 24, 2021. [ECF No. 20]. To date, the Parties have finished discovery and are ready for trial beginning on February 28, 2022 in accordance with this Court's Scheduling Order.

In addition, the Parties are meeting and conferring regarding mediators and anticipate proceeding to private mediation in January 2022 in accordance with this Court's Scheduling Order and the agreement of the parties at the Initial Case Management Conference.

Date: December 8, 2021                                          **LOKER LAW, APC**

                                                                  By: ___/s/ Matthew M. Loker___
                                                                            MATTHEW M. LOKER, ESQ.
                                                                            ATTORNEY FOR PLAINTIFF

                                                     **HAHN LOESER & PARKS LLP**

                                                              By: ___/s/ Gabe P. Wright___
                                                                    GABE P. WRIGHT, ESQ.
                                                                  ATTORNEY FOR DEFENDANT

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: December 8, 2021                                       **LOKER LAW, APC**

                                            By:   ___/s/ Matthew M. Loker___
                                                     MATTHEW M. LOKER, ESQ.
                                                     ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Case Management Statement* has been filed on December 8, 2021, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                  ___/s/ Matthew M. Loker___
                                                     MATTHEW M LOKER, ESQ.

**LOKER LAW, APC**
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

CASE NO.: 20-cv-08095-VC      2 OF 2      *Williams v. Collection Bureau of America*
**JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**